JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTHONY VERDUZCO, ) | Case No. SA CV 11-1804-GHK (SP) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| WARDEN, Pelican Bay Prison, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: 3/2/15

_____
HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE